1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEITH ROBERT McCORMICK,

11          Plaintiff,                    No. 2:12-cv-02109-DAD P

12      vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,

14

15          Defendants.                   ORDER
     _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  Plaintiff has submitted a certified copy of his inmate trust account

18   statement.  However, plaintiff has not submitted an application to proceed in forma pauperis nor

19   has he paid the filing fee.  Plaintiff will be granted thirty days to submit a properly completed

20   application to proceed in forma pauperis.  Plaintiff is cautioned that the in forma pauperis

21   application form includes a section that must be completed by a prison official.  Plaintiff does not

22   need to submit another trust account statement.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  Plaintiff shall submit, within thirty days from the date of this order, a properly

25   completed application to proceed in forma pauperis on the form provided with this order;

26   plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so

                                              1

1  will result in a recommendation that this action be dismissed without prejudice; and

2        2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed

3  In Forma Pauperis By a Prisoner for use in a civil rights action.

4  DATED: August 24, 2012.

5

6

7  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

8

9  DAD: md/4
   mcco2109.3a

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2