IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH ROBERT McCORMICK,

     Plaintiff,          No. 2:12-cv-02109 DAD P

    vs.

CALIFORNIA DEP'T OF CORRECTIONS, et al.,

     Defendant.        ORDER

/

      Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c). (See Doc. No. 5.)

      Orders issued by the court on March 11, 2013, were served on plaintiff's address of record and returned by the California Department of Corrections and Rehabilitation as undeliverable. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court's orders were returned as undeliverable and plaintiff has failed to notify the court of a current address.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that this action be dismissed without
2  prejudice for failure to prosecute.  See Local Rule 183(b).
3  DATED: June 10, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mccor2109.33a